UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN SCOTT ROBINSON,

    Plaintiff,

v.

MONTEREY COUNTY JAIL, et al.,

    Defendants.

No. C 15-3787 EDL (PR)

**ORDER OF DISMISSAL**

Plaintiff, an inmate at the Monterey County Jail, filed a pro se civil rights complaint under 42 U.S.C. § 1983. On January 5, 2016, the Court dismissed plaintiff's complaint with leave to amend. On January 21, 2016, mail sent from the Court to plaintiff was returned as undeliverable because plaintiff was out of custody. As of the date of this order, plaintiff has not updated his address with the court, or otherwise communicated with the court.

Pursuant to Northern District Civil Local Rule 3-11, a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* Civil L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. *See* Civil L.R. 3-11(b). More than sixty days have now passed since the mail sent to plaintiff by the Court was returned as undeliverable. The Court has not received a notice from plaintiff of a new address.

Accordingly, the instant complaint is DISMISSED without prejudice. The Clerk shall terminate all pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: March 23, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

P:\PRO-SE\EDL\CR.15\Robinson787LR3-11dism.wpd